**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Lazaro Leon |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | 16-01996 |

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 0 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2021

**New total payment:** $ 775.66
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____   New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.284 %   New interest rate: 3.708 %
   Current principal and interest payment: $ 784.38   New principal and interest payment: $ 775.66

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1  **Lazaro Leon**  Case number (if known) 16-01996
First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons  Date  04/20/2021
Signature

Print:  Molly Slutsky Simons  Title  Attorney for Creditor
First Name  Middle Name  Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number  Street

Loveland  OH  45140
City  State  ZIP Code

Contact phone  513-444-4100  Email  bankruptcy@sottileandbarile.com



**323 5TH STREET (95501)**
P.O. BOX 35
**EUREKA, CA  95502
800-603-0836
FAX (707) 443-1562
8:00 a.m. - 5:00 p.m.  PST
Main Office NMLS #5985
Branch Office NMLS #9785**

April 16, 2021

LAZARO LEON
3018 ERNST ST
FRANKLIN PARK, IL 60131

**Para información en español llame al (800) 603-0836 ext 2643 o ext 2660**

*YOU ARE HEREBY NOTIFIED THAT SN SERVICINGCORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT.  ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.*

Loan ID: 
PROPER                         18 ERNST ST, FRANKLIN PARK, IL 60131

### NOTICE OF NEW PAYMENT ADJUSTMENT

SN Servicing has performed a review on your loan and in accordance with the terms of your Original ARM Note, your recent ARM Adjustment Notice dated MARCH 1, 2021 has changed.

Effective with the JUNE 01, 2021 payment, your new principal & interest payment is $775.66 and the interest rate is 3.708% which is based on an amortizing UPB of $89,304.26 over 143 months and will continue to adjust in accordance with the terms of the Original ARM Note.

Please continue to mail your payments as specified in your billing statement.  If you have any questions about this notice, you can contact us at the number below.

SN Servicing Corporation
Toll Free:  (800) 603-0836

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-01996 |
| Lazaro Leon | Chapter 13 |
| Debtor | Hon. Judge Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 20, 2021, before the hour of 5:00 p.m.

David Ratowitz, Debtor's Counsel
david@ratowitzlawgroup.com

M.O. Marshall, Trustee
ecf@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Lazaro Leon, Debtor
3018 Ernst St.
Franklin Park. IL 60131

Dated: April 20, 2021

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor